UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 3:20-cr-64-5

vs.

ISAIAH COOPER,

District Judge Michael J. Newman

    Defendant.

_____

**ORDER: (1) SENTENCING DEFENDANT TO TIME SERVED; (2) REVOKING HIS SUPERVISED RELEASE; (3) DIRECTING THAT HE IS IMMEDIATELY RELEASED; AND (4) TERMINATING THIS CRIMINAL CASE ON THE DOCKET**

_____

    This criminal case is before the Court following a sentencing hearing on August 14, 2023 regarding Defendant Isaiah Cooper's violations of supervised release. *See* Doc. No. 184. Defendant previously appeared before Magistrate Judge Caroline H. Gentry on August 14, 2023 for an initial appearance on his violations and denied violations at that time. Defendant, through counsel, after being advised of his constitutional rights and advising the Court that he understood those rights, admitted to both violations. Having been advised by counsel on both sides that Defendant was arrested on a federal warrant and detained since June 15, 2023, both parties agreed that a sentence of time served is appropriate. The Court agrees. Accordingly, Defendant is **SENTENCED** to time served, his supervised release is **REVOKED**, and he is **ORDERED IMMEDIATELY RELEASED**. This criminal case is **TERMINATED** on the docket.

    **IT IS SO ORDERED.**

    August 14, 2023                                           s/Michael J. Newman
                                                                         Hon. Michael J. Newman
                                                                        United States District Judge

cc:    U.S. Marshals
        U.S. Probation